No. 05–8509.  CURTIS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 05–8510.  DeCLERCK *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 05–8511.  COUNTERMAN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 05–8515.  BAXTER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–8518.  NICOLAI-CABASSA *v.* UNITED STATES;
No. 05–8569.  CORREY ET AL. *v.* UNITED STATES; and
No. 05–8618.  PIZARRO-MORALES *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–8521.  SYLVESTER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–8522.  SANDERS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 05–8535.  ISLAS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–8537.  GUERRA *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–8541.  HILL *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 05–8542.  GARCIA-MENDEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8543.  FOLLEY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 05–8544.  HOLDER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–8545.  GOODING MUNOZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8552.  SETTLE *v.* MCCALISTER ET AL.  C. A. 6th Cir. Certiorari denied.